1  David S. Elkins (State Bar No. 148077)
   DElkins@ssd.com
2  Wayne A. Jones (State Bar No. 255362)
   WJones@ssd.com
3  Xavier M. Brandwajn (State Bar No. 246218)
   XBrandwajn@ssd.com
4  SQUIRE, SANDERS & DEMPSEY L.L.P.
   600 Hansen Way
5  Palo Alto, California 94304-1043
   Telephone:  650.856.6500
6  Facsimile:   650.843.8777

7  Attorneys for Plaintiff
   AEROSCOUT, INC.
8

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14  AEROSCOUT, INC.,                     Case No. C08 02919 PVT

15              Plaintiff,               **PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

16        vs.

17  SAVI TECHNOLOGY, INC.,

18              Defendant.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

PROOF OF SERVICE OF SUMMONS AND COMPLAINT
CASE NO. C08 02919 PVT

# PROOF OF SERVICE

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is 600 Hansen Way, Palo Alto, CA 94304 which is located in the county where any non-personal service described below took place.

On July 16, 2008, a copy of the following document(s):

1. Civil Cover Sheet;
2. Summons in a Civil Action;
3. Complaint for Declaratory Judgment – Jury Trial Demanded;
4. Order Setting Initial Case Management Conference and ADR Deadlines;
5. "Welcome" packet to the United States District Court for the Northern District of California, Clerk's Office, San Jose Division;
6. "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California;" and
7. Cover Letter from David S. Elkins.

was served on the following:

Hurst P. Arthur
Vice President, General Counsel & Secretary
Savi Technology, Inc.
351 E. Evelyn Avenue
Mountain View, CA 94041

Attorney for Savi Technology, Inc.

☒ **By Other Express Service Carrier By Agreement of the Parties.** On July 16, 2008, I sealed the above document(s) in an envelope or package designated by Federal Express, an express service carrier, addressed to the above, and I deposited that sealed envelope or package in a box or other facility regularly maintained by the express service carrier, or delivered that envelope to an authorized courier or driver authorized by the express service carrier to receive documents, located at Palo Alto, California, with delivery fees paid or otherwise provided for.

I certify and declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2008.

Daniela Fontana                                         /s/
                                                   (Signature)

PALOALTO/112372.2

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

PROOF OF SERVICE OF SUMMONS AND COMPLAINT
CASE NO. C08 02919 PVT