**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **AEROSCOUT, INC.,** | **C 08-2919 PVT** |
| Plaintiff(s), | |
| vs. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT** |
| **SAVI TECHNOLOGY, INC.,** | **TO A UNITED STATES DISTRICT JUDGE** |
| Defendant(s). | |

_____

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

DATED: September 2, 2008

RICHARD WIEKING
Clerk of Court

/s/ Corinne Lew
_____
By: Corinne Lew
Deputy Clerk