**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364


**September 2, 2008**

**CASE NUMBER: CV 08-02919 PVT**
**CASE TITLE: AEROSCOUT, INC.-v-SAVI TECHNOLOGY, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division. Case reassigned to the **Honorable William H. Alsup** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 08/29/08

FOR THE EXECUTIVE COMMITTEE:

_____
*Richard W. Wieking*
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                           Entered in Computer 09/02/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                   Transferor CSA