**United States District Court**
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   AEROSCOUT, INC.,
10              Plaintiff,                    No. C 08-2919 WHA
11      v.
12  SAVI TECHNOLOGY, INC.,
13              Defendant.                    **ORDER CONTINUING CASE
                                    /         MANAGEMENT CONFERENCE
14  ───────────────────────────────           AND RELATED DEADLINES**
15  SaAVI TECHNOLOGY, INC.,
16              Counterclaimant.
17      v.
18  AEROSCOUT, INC.,
19              Counterdefendant.
20  ───────────────────────────────  /
21          The Court hereby **GRANTS** a continuance of the case management conference and
22  related deadlines to **OCTOBER 2, 2008, AT 11:00 A.M.**
23
24          **IT IS SO ORDERED.**
25
26  Dated:   September 10, 2008.
27                                            ───────────────────────────
                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE
28