UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROSCOUT, INC.,<br><br>            Plaintiff(s),<br><br>       v.<br><br>SAVI TECHNOLOGY, INC.,<br><br>            Defendant(s). | No.  C08-2919 WHA (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DEVISING A SETTLEMENT CONFERENCE SCHEDULE FOR PATENT CASE** |

This case has been assigned to me to conduct a settlement conference.  **IT IS HEREBY ORDERED** that a telephonic hearing is scheduled for **Wednesday, October 15, 2008 at 9:00 a.m.** to discuss the settlement process.  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.  In preparation for that conference, the parties shall familiarize themselves with my form of settlement conference order for patent cases which can be found on the court's website at **www.cand.uscourts.gov.**

Dated: October 8, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\AEROSCOUT\AEROSCOUT.TELCONF.ORD.wpd

1