UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROSCOUT, INC., <br>       Plaintiff(s), <br><br> v. <br><br> SAVI TECHNOLOGY, INC., <br>       Defendant(s). | No.  C08-2919 WHA (BZ) <br><br> **ORDER SCHEDULING FURTHER TELEPHONIC CONFERENCE RE DEVISING A SETTLEMENT CONFERENCE SCHEDULE FOR PATENT CASE** |

    **IT IS HEREBY ORDERED** that a further telephone conference to discuss the development of a settlement process is scheduled for **Monday, November 3, 2008 at 3:30 p.m.**  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: October 15, 2008

                                            Bernard Zimmerman <br>
                                  United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\AEROSCOUT\AEROSCOUT.TELCONF2.ORD.wpd

1