1  DAVID S. ELKINS (CSB NO. 148077)
   delkins@ssd.com
2  WAYNE A. JONES (CSB NO. 255362)
   wjones@ssd.com
3  XAVIER M. BRANDWAJN (CSB NO. 246218)
   xbrandwajn@ssd.com
4  SQUIRE SANDERS & DEMPSEY LLP
   600 Hansen Way
5  Palo Alto, CA 94304-1043
   Telephone:    (650) 856-6500
6  Facsimile:    (650) 843-8777
   Attorneys for Plaintiff-Counterdefendant
7  AEROSCOUT, INC.

8  LYNN H. PASAHOW (CSB NO. 054283)
   lpasahow@fenwick.com
9  VIRGINIA K. DEMARCHI (CSB NO. 168633)
   vdemarchi@fenwick.com
10 FENWICK & WEST LLP
   801 California Street
11 Mountain View, CA  94041
   Telephone:    (650) 988-8500
12 Facsimile:    (650) 938-5200

13 DAVID D. SCHUMANN (CSB NO. 223936)
   dschumann@fenwick.com
14 FENWICK & WEST LLP
   555 California Street, 12th Floor
15 San Francisco, CA  94104
   Telephone:    (415) 875-2300
16 Facsimile:    (415) 281-1350
   Attorneys for Defendant-Counterclaimant
17 SAVI TECHNOLOGY, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AEROSCOUT, INC., | Case No. 08-CV-02919 (WHA) |
| Plaintiff-Counterdefendant, | **PROPOSED ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION** |
| v. | |
| SAVI TECHNOLOGY, INC., | |
| Defendant-Counterclaimant. | |

PROPOSED ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION
CASE NO. 08-CV-02919 (WHA)

1  Pursuant to the Court's October 2, 2008 Order, counsel for AeroScout, Inc. and Savi
2  Technology, Inc. have met and conferred, and propose the following schedule for briefing and
3  related filings in preparation for the claim construction hearing set for March 25, 2009:

4  1.   The Joint Claim Construction and Prehearing Statement, required by Patent L.R.
5       4-3, will be filed by <u>January 16, 2009</u>;

6  2.   Discovery relating to claim construction, permitted by Patent L.R. 4-4, will be
7       completed by <u>January 16, 2009</u>;

8  3.   Savi will file its opening claim construction brief, required by Patent L.R. 4-4(a),
9       by <u>February 9, 2009</u>;

10 4.   AeroScout will file its responsive claim construction brief, required by Patent L.R.
11      4-4(b), by <u>February 27, 2009</u>; and

12 5.   Savi will file its reply claim construction brief, required by Patent L.R. 4-4(c), by
13      <u>March 6, 2009</u>.

15 SO STIPULATED.

17 Dated:  October 17, 2008                SQUIRE, SANDERS & DEMPSEY LLP

19                                          By:   /s/David S. Elkins
20                                                David S. Elkins

21                                          Attorneys for Plaintiff-Counterdefendant
                                            AEROSCOUT, INC.

23 Dated:  October 17, 2008                FENWICK & WEST LLP

25                                          By:   /s/Lynn H. Pasahow
26                                                Lynn H. Pasahow

27                                          Attorneys for Defendant-Counterclaimant
                                            SAVI TECHNOLOGY, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 20, 2008.

_____
Honorable William H. Alsup
United States District Court Judge

*IT IS SO ORDERED*
*Judge William Alsup*

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatories indicated by a "conformed" signature (/s/) within this e-filed document.

> */s/Lynn H. Pasahow*
> Lynn H. Pasahow