UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROSCOUT, INC.,<br><br>      Plaintiff(s),<br><br>  v.<br><br>SAVI TECHNOLOGY, INC.,<br><br>      Defendant(s). | No. C08-2919 WHA (BZ)<br><br>**ORDER SCHEDULING FURTHER TELEPHONE CONFERENCE** |

A telephone conference to discuss the progress of the settlement negotiations is scheduled for **Monday, November 24, 2008 at 3:30 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: November 4, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\AEROSCOUT\AEROSCOUT.TELCONF3.wpd

1