UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROSCOUT, INC., <br><br>         Plaintiff(s), <br><br>     v. <br><br>SAVI TECHNOLOGY, INC., <br><br>         Defendant(s). | No.  C08-2919 WHA (BZ) <br><br>**ORDER SCHEDULING FURTHER TELEPHONIC CONFERENCE TO DISCUSS SETTLEMENT NEGOTIATIONS** |

　　　Following a telephone conference that discussed the ongoing settlement process, **IT IS HEREBY ORDERED** as follows:

　　　1.　The party principals shall meet during the week of December 8, 2008.  At this meeting, defendant should be prepared to discuss the prior art and plaintiff shall be prepared to provide more specific financial information about the revenues derived from the accused products.

　　　2.　A telephone conference to discuss the progress of the settlement negotiations is scheduled for **Monday, December 15, 2008 at 3:00 p.m.**  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for

1

1 | the telephonic conference call.

2 | Dated: December 1, 2008

  _____
  Bernard Zimmerman
  United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\AEROSCOUT\AEROSCOUT.TELCONF4.wpd