1  SUBMITTING COUNSEL ON SIGNATURE PAGE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROSCOUT, INC., <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br>SAVI TECHNOLOGY, INC., <br><br>　　　　　Defendant. | Case No. C 08-02919 (WHA) <br><br>**STIPULATION AND [PROPOSED] ORDER ADJUSTING PATENT LOCAL RULE DEADLINES** <br><br>The Honorable William H. Alsup |
| SAVI TECHNOLOGY, INC., <br><br>　　　　　Counterclaimant, <br><br>　vs. <br><br>AEROSCOUT, INC., <br><br>　　　　　Counterclaim Defendant. | |

## STIPULATION

Plaintiff and counterclaim defendant AeroScout, Inc. ("AeroScout") and defendant and counterclaimant Savi Technology, Inc. ("Savi") stipulate, subject to the Court's approval, to adjust certain deadlines set by the Patent Local Rules and by the Court. The parties have stipulated to these changes following extensions of time for earlier Patent Local Rule deadlines that relate to the early settlement efforts being supervised by Magistrate Judge Zimmerman.

While the agreed changes will result in a extending the parties' deadline to file their Joint Claim Construction and Prehearing Statement under Patent L.R. 4-3, the claim construction schedule previously set by the Court is otherwise unaltered.

The agreed schedule is as follows:

| Date | Event |
|---|---|
| 12/19/08 | Parties exchange proposed terms for construction (Pat. L.R. 4-1) |
| 01/12/09 | Parties exchange preliminary constructions and supporting references (Pat. L.R. 4-2) |
| 01/23/09 | Parties file joint claim construction and pre-hearing statement (Pat. L.R. 4-3) |
| 02/09/09 | Savi files opening claim construction brief* |
| 02/27/09 | AeroScout files responsive claim construction brief* |
| 03/06/09 | Savi files reply claim construction brief* |

*These dates were previously set by the Court and the parties do not propose to change them.

Dated: December 9, 2008

By: /s/ David S. Elkins
David S. Elkins (CSB No. 148077)
delkins@ssd.com
Wayne A. Jones (CSB No. 255362)
wjones@ssd.com
Xavier M. Brandwajn (CSB No. 246218)
xbrandwajn@ssd.com
SQUIRE SANDERS & DEMPSEY LLP
600 Hansen Way
Palo Alto, CA 94304-1043
Telephone: (650) 856-6500
Facsimile: (650) 843-8777

Attorneys for Plaintiff-Counterclaim Defendant
AEROSCOUT, INC.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

-2-
STIPULATION AND [PROPOSED] ORDER ADJUSTING PATENT LOCAL RULE DEADLINES
CASE NO. C 08-02919 (WHA)

| | |
|---|---|
| Dated: December 9, 2008 | By: /s/ Virginia K. DeMarchi<br>Lynn H. Pasahow (CSB No. 054283)<br>lpasahow@fenwick.com<br>Virginia K. DeMarchi (CSB No. 168633)<br>vdemarchi@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200<br><br>David D. Schumann (CSB No. 223936)<br>dschumann@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br><br>Attorneys for Defendant-Counterclaimant<br>SAVI TECHNOLOGY, INC. |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David S. Elkins, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 9, 2008.

By: /s/ David S. Elkins
David S. Elkins

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 10, 2008

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup

-3-
STIPULATION AND [PROPOSED] ORDER ADJUSTING PATENT LOCAL RULE DEADLINES
CASE NO. C 08-02919 (WHA)

SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043