1   SUBMITTING COUNSEL ON SIGNATURE PAGE

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AEROSCOUT, INC., | Case No. C 08-02919 (WHA) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ADJUSTING PATENT LOCAL RULE DEADLINES** |
| vs. | |
| SAVI TECHNOLOGY, INC., | The Honorable William H. Alsup |
| Defendant. | |
| SAVI TECHNOLOGY, INC., | |
| Counterclaimant, | |
| vs. | |
| AEROSCOUT, INC., | |
| Counterclaim Defendant. | |

**STIPULATION**

Plaintiff and counterclaim defendant AeroScout, Inc. ("AeroScout") and defendant and counterclaimant Savi Technology, Inc. ("Savi") stipulate, subject to the Court's approval, to adjust certain claim construction-related deadlines (but no hearing or appearance dates) set by the Patent Local Rules and by the Court.

STIPULATION AND [PROPOSED] ORDER
ADJUSTING PATENT LOCAL RULE
DEADLINES                                                                CASE NO. C 08-02919 (WHA)

The following modest modification to the current schedule is proposed and requested in order to allow the parties additional time to produce and review disclosure documents. The only filing date modification proposed is moving the date for the joint claim construction and prehearing statement, currently set for January 23rd, to January 26th. No hearing or other filing dates are affected.

The stipulated and proposed schedule is as follows:

| Date | Event |
| --- | --- |
| 01/20/09 | Parties exchange preliminary constructions and supporting references (Pat. L.R. 4-2) |
| 01/26/09 | Parties file joint claim construction and pre-hearing statement (Pat. L.R. 4-3) |
| 02/09/09 | Savi files opening claim construction brief* |
| 02/27/09 | AeroScout files responsive claim construction brief* |
| 03/06/09 | Savi files reply claim construction brief* |

*These dates were previously set by the Court and the parties do not propose to change them.

Dated:  January 9, 2009

By: */s/ David S. Elkins*
David S. Elkins (CSB No. 148077)
delkins@ssd.com
Wayne A. Jones (CSB No. 255362)
wjones@ssd.com
Xavier M. Brandwajn (CSB No. 246218)
xbrandwajn@ssd.com
SQUIRE SANDERS & DEMPSEY LLP
600 Hansen Way
Palo Alto, CA 94304-1043
Telephone:   (650) 856-6500
Facsimile:    (650) 843-8777

Attorneys for Plaintiff-Counterclaim Defendant
AEROSCOUT, INC.

| | |
|---|---|
| Dated:  January 9, 2009 | By: */s/ David D. Schumann*<br>Lynn H. Pasahow (CSB No. 054283)<br>lpasahow@fenwick.com<br>Virginia K. DeMarchi (CSB No. 168633)<br>vdemarchi@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:   (650) 988-8500<br>Facsimile:    (650) 938-5200<br><br>David D. Schumann (CSB No. 223936)<br>dschumann@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone:   (415) 875-2300<br>Facsimile:    (415) 281-1350<br><br>Attorneys for Defendant-Counterclaimant<br>SAVI TECHNOLOGY, INC. |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David D. Schumann, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 9, 2009.

By:*/s/ David D. Schumann*
    David D. Schumann

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  January  12 , 2009        _____
                                  WILLIAM H. ALSUP
                                  UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup*