IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROSCOUT, INC., | No. C 08-02919 WHA |
| Plaintiff, | |
| v. | **NOTICE RE REQUEST TO AMEND PLEADINGS AND ADJUST CASE DEADLINES** |
| SAVI TECHNOLOGY, INC., | |
| Defendant. | |

The Court will not rule on the proposed order regarding amendment of the pleadings and adjusting case deadlines at this time. The parties must submit an explanation of why the additional patent was not asserted to begin with and why it took so long to assert the additional patent.

**IT IS SO ORDERED.**

Dated: February 10, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE