UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROSCOUT, INC.,<br>　　　　Plaintiff(s),<br>　　v.<br>SAVI TECHNOLOGY, INC.,<br>　　　　Defendant(s). | No.  C08-2919 WHA (BZ)<br><br>**SCHEDULING ORDER** |

　　On April 7, 2009, the court conferred with counsel for both parties about the slow progress in the settlement negotiations. **IT IS HEREBY ORDERED** as follows:

　　1.  The parties shall expedite the progress of their settlement discussions.  A telephone conference to discuss the status of negotiations is scheduled for **Monday, April 27, 2009 at 3:00 p.m.**  Counsel for plaintiff shall get counsel for defendant on the line and call chambers at **415-522-4093**. Whether the party principals participate is at the discretion of counsel.

　　2.  If the case is not settled by April 27, 2009, a

1

1  settlement conference is scheduled for **May 27, 2009 at**
2  **9:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450
3  Golden Gate Avenue, San Francisco, California 94102.  The
4  party principals shall attend.  The parties shall bring the
5  latest working draft of their settlement agreement in
6  electronic format so that it may be edited, and be prepared to
7  stay until the case is settled.
8  Dated: April 8, 2009
9                                           Bernard Zimmerman
10                           United States Magistrate Judge
11 G:\BZALL\-REFS\REFS.09\AEROSCOUT\Scheduling Order.wpd