1  DAVID S. ELKINS (CSB NO. 148077)
   delkins@ssd.com
2  WAYNE A. JONES (CSB NO. 255362)
   wjones@ssd.com
3  XAVIER M. BRANDWAJN (CSB NO. 246218)
   xbrandwajn@ssd.com
4  SQUIRE SANDERS & DEMPSEY LLP
   600 Hansen Way
5  Palo Alto, CA 94304-1043
   Telephone:   (650) 856-6500
6  Facsimile:   (650) 843-8777
   Attorneys for Plaintiff-Counterdefendant
7  AEROSCOUT, INC.

8  LYNN H. PASAHOW (CSB NO. 054283)
   lpasahow@fenwick.com
9  VIRGINIA K. DEMARCHI (CSB NO. 168633)
   vdemarchi@fenwick.com
10 FENWICK & WEST LLP
   801 California Street
11 Mountain View, CA  94041
   Telephone:   (650) 988-8500
12 Facsimile:   (650) 938-5200

13 DAVID D. SCHUMANN (CSB NO. 223936)
   dschumann@fenwick.com
14 FENWICK & WEST LLP
   555 California Street, 12th Floor
15 San Francisco, CA  94104
   Telephone:   (415) 875-2300
16 Facsimile:   (415) 281-1350
   Attorneys for Defendant-Counterclaimant
17 SAVI TECHNOLOGY, INC.

18
19                     UNITED STATES DISTRICT COURT
20                    NORTHERN DISTRICT OF CALIFORNIA
21                         SAN FRANCISCO DIVISION

22 | AEROSCOUT, INC.,              | Case No. 08-CV-02919 (WHA)
23 |         Plaintiff-            | **STIPULATION AND** [PROPOSED]
24 |         Counterdefendant,     | **ORDER RE CONTINUANCE OF CASE**
   |         v.                    | **DEADLINES RE CLAIM**
25 |                               | **CONSTRUCTION WITH MODIFICATIONS**
26 | SAVI TECHNOLOGY, INC.,        | – REDACTED Version–
27 |         Defendant-            |
   |         Counterclaimant.      | The Honorable William H. Alsup
28

1  Plaintiff and counterclaim defendant AeroScout, Inc. ("AeroScout") and defendant and
2  counterclaimant Savi Technology, Inc. ("Savi") stipulate to and request the Court's approval of a
3  30-day continuance of the current case management deadlines concerning claim construction.

[paragraphs 4–20 redacted]

21  By order dated February 12, 2009 the Court adopted, with modifications, the parties'
22  proposed schedule for claim construction briefing, a tutorial, and the claim construction hearing.
23  [Dkt. Nos. 53, 43.] [redacted]
24  [redacted]
25  [redacted]
26  [redacted]. For these reasons, the parties stipulate and respectfully request that the
27  Court continue for approximately 30 days the deadlines related to the claim construction
28  proceeding, as indicated below. [redacted]

1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

| Current Date | Proposed Date | Event |
|---|---|---|
| 4/10/09 | 5/11/09 | Parties file Amended Joint Claim Construction and Prehearing Statement (Pat. L.R. 4-3) |
| 4/24/09 | 5/26/09 | Savi files opening claim construction brief (Pat. L.R. 4-5(a)) |
| 5/11/09 | 6/11/09 | AeroScout files responsive claim construction brief (Patent L.R. 4-5(b)) |
| 5/22/09 | 6/22/09 | Savi files reply claim construction brief (Pat. L.R. 4-5(c)) |
| 6/3/09 | ~~7/3/09~~ 7/8/09 | Tutorial |
| 6/17/09 | ~~7/13/09~~ 7/29/09 | Claim construction hearing (Pat. L.R. 4-6) |

Dated:  April 9, 2009

SQUIRE SANDERS & DEMPSEY LLP

By: ___/s/ David S. Elkins___
     David S. Elkins

Attorneys for Plaintiff-Counterclaim Defendant
AEROSCOUT, INC.
FENWICK & WEST LLP

Dated:  April 9, 2009

By: ___/s/ Virginia K. DeMarchi___
     Virginia K. DeMarchi

Attorneys for Defendant-Counterclaimant
SAVI TECHNOLOGY, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE
DEADLINES RE CLAIM CONSTRUCTION
CASE NO. C 08-02919 (WHA)

2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Virginia K. DeMarchi, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 9, 2009.

By: /s/ Virginia K. DeMarchi
Virginia K. DeMarchi

**ORDER**

Pursuant to the foregoing stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: __April 10__, 2009



William
United
Judge William Alsup

Ordinarily, the Court does not adjust the case schedule merely because the parties are trying to settle the case. The Court has learned the hard way that this often simply postpones work that needs to be done in the case. Reluctantly, the Court will grant the extensions as modified above as long as it is not used as an excuse to move other deadlines and no other requests for extensions are made.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE
DEADLINES RE CLAIM CONSTRUCTION
CASE NO. C 08-02919 (WHA)

3